**FILED**

MAY **1 9** 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. ___4:15-MJ-1046-KS___

IN THE MATTER OF THE APPLICATION   )
OF THE UNITED STATES OF AMERICA   )
FOR THE ISSUANCE OF AN ARREST   )
WARRANT   UPON   A   CRIMINAL   )          ORDER TO SEAL
COMPLAINT   )

  Upon motion of the United States, for good cause shown, and based

upon the facts and reasons stated in the motion, it is hereby ORDERED

that the Application, Affidavit, and Warrant, filed in connection

with this motion, be sealed by the Clerk from this date until further

order by this Court, except that a certified copy of the same be

provided to the United States Attorney's Office and Special Agent

Madeline Fillman, HHS-OIG.

  This the _19th_ day of May, 2015.

KIMBERLY A. SWANK
United States Magistrate Judge